IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

NIMOY E. DAVIS,

        Petitioner,

        v.

EDWARD S. ALAMEIDA, JR,

        Respondent.

_____/

CIV. NO. S-99-1121 EJG DAD (HC)

ORDER DENYING MOTION FOR RECONSIDERATION

    Petitioner, a state prisoner proceeding pro se, has filed a motion for reconsideration. For the reasons that follow the motion is denied.

    This state habeas corpus petition was dismissed as untimely by order filed August 13, 2001. A certificate of appealability was partially granted as to the issues of statute of limitations and tolling on September 18, 2001. The district court's dismissal was subsequently affirmed by the Ninth Circuit Court of Appeals in a memorandum decision filed March 20, 2002, a copy of which is attached. Now, more than four years after the affirmance, petitioner has filed the instant motion seeking

1

reconsideration of the dismissal and raising the question of whether tolling applies.  The issue has been litigated to conclusion.  Petitioner has failed to provide any authority for the reopening of this closed judgment.  Accordingly the motion for reconsideration is DENIED.

    IT IS SO ORDERED.

Dated: July 21, 2006

                            /s/ Edward J. Garcia
                            EDWARD J. GARCIA, JUDGE
                            UNITED STATES DISTRICT COURT